# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jakob Tiarnan Rumble,                        Civil No. 14-CV-2037 (SRN/FLN)

      Plaintiff,

                                      **ORDER**

v.

**Fairview Health Services, d/b/a
Fairview Southdale Hospital, and
Emergency Physicians, P.A.,**

      Defendants.

_____

Christy L. Hall, Jill R. Gaulding, and Lisa C. Stratton, Gender Justice, Minnesota Women's Building, 550 Rice Street, Suite 105, St. Paul, Minnesota 55103; Katherine S. Barrett Wiik and Lindsey Wheeler Lee, Robins Kaplan, LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, Minnesota 55402, for Plaintiff.

Randi J. Winter, Sara Gullickson McGrane, and Scott D. Blank, Felhaber Larson, 220 South Sixth Street, Suite 2200, Minneapolis, Minnesota 55402, for Defendant Fairview Health Services, d/b/a Fairview Southdale Hospital.

Chad W. Strathman, Emergency Physicians P.A., 5435 Feltl Road, Minnetonka, Minnesota 55343; Jessica L. Roe and Shannon N.L. Cooper, Roe Law Group, PLLP, 60 South Sixth Street, Suite 2670, Minneapolis, Minnesota 55402, for Defendant Emergency Physicians, P.A.

_____

SUSAN RICHARD NELSON, United States District Court Judge

      Before the Court is a joint request for clarification from the parties regarding

issues related to the Court's Order of January 30, 2017 [Doc. No. 213].  (See Letter of

2/1/17 [Doc. No. 214].)  The parties may file their reply briefs in support of summary

judgment and <u>Daubert</u> motions on February 17, 2017.  The hearing on February 24, 2017

will address summary judgment on Plaintiff's claims under the Minnesota Human Rights

Act as well as <u>Daubert</u> motions.  If the stay on Plaintiff's ACA claims is lifted,

Defendants may seek leave to file their reply briefs prior to any potential hearing.

Finally, at this time, no oral argument is necessary at the February 24, 2017 hearing

concerning Plaintiff's <u>Daubert</u> motion regarding Defendants' expert on ACA issues,

Mary Dobbins, but Plaintiff is nevertheless free to file his reply brief.

Dated:   February 2, 2017

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge
