# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jakob Tiarnan Rumble, | Case No. 14-cv-02037 (SRN/FLN) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| Fairview Health Services, et al., | |
| Defendants. | |

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.


Dated:  June 26, 2017            s/Susan Richard Nelson
                                 SUSAN RICHARD NELSON
                                 United States District Judge