UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jakob Tiarnan Rumble, | Court File No. 14-CV-2037 (SRN/FLN) |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Fairview Health Services, d/b/a Fairview Southdale Hospital, and Emergency Physicians, PA, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel, that Plaintiff's action against Defendants may be and is hereby dismissed with prejudice and without fees and costs to any of the parties to this action.

2495365.v1

Dated:  June 28, 2017    ROBINS KAPLAN LLP

By: /s/Katherine S. Barrett Wiik
    Katherine S. Barrett Wiik (#351155)
    Anne M. Lockner (#0295516)
    Michael D. Reif (#0386979)
    Lindsey W. Lee (#397739)
    Adam M. Kohnstamm (#0398181)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Phone: 612-349-0809
kbarrettwiik@robinskaplan.com
alockner@robinskaplan.com
mreif@robinskaplan.com
llee@robinskaplan.com
akohnstamm@robinskaplan.com

Dated:  June 28, 2017

– AND –

GENDER JUSTICE

By: /s/Christy L. Hall
    Lisa C. Stratton (#236858)
    Christy L. Hall (#392627)
550 Rice Street
St. Paul, MN 55103
Phone: 651-789-2090
lisa.stratton@genderjustice.us
christy.hall@genderjustice.us

ATTORNEYS FOR PLAINTIFF

Dated:  June 28, 2017						ROE LAW GROUP, PLLC

								By: /s/ Jessica L. Roe
								      Jessica L. Roe, #250867
								      Shannon N.L. Cooper, #348077
								60 South Sixth Street, Suite 2670
								Minneapolis, Minnesota 55402
								Phone: 612-351-8300
								jroe@roelawgroup.com
								scooper@roelawgroup.com

								EMERGENCY PHYSICIANS PROFESSIONAL ASSOCIATION
								Chad W. Strathman ,#270957
								5435 Feltl Road
								Minnetonka, MN 55343
								Phone: 952-857-0641
								cstrathman@emer-phys.com

								ATTORNEYS FOR DEFENDANT EMERGENCY PHYSICIANS PROFESSIONAL ASSOCIATION

Dated:  June 28, 2017						FELHABER LARSON

								By: /s/ Sara G. McGrane
								      Sara G. McGrane, #233213
								      Randi J. Winter, #0391354
								      Scott D. Blake, #0395862
								220 South Sixth Street, Suite 2200
								Minneapolis, Minnesota 55402
								Phone: 612-339-6321
								smcgrane@felhaber.com
								rwinter@felhaber.com
								sblake@felhaber.com

								ATTORNEYS FOR DEFENDANT FAIRVIEW HEALTH SERVICES