UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jakob Tiarnan Rumble, | Court File No. 14-CV-2037 (SRN/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Fairview Health Services, d/b/a Fairview Southdale Hospital, and Emergency Physicians, PA, | |
| Defendants. | |

Based on the parties' Stipulation for Dismissal [Doc. No. 256],

IT IS HEREBY ORDERED that the above captioned matter is dismissed with prejudice and without fees or costs to any of the parties to this action.

BY THE COURT:

Dated: June 28, 2017        s/Susan Richard Nelson
                            SUSAN RICHARD NELSON
                            United States District Judge